UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Kquona N Henning,

        Debtor(s)

Case No. 17-20130

Chapter 7 Case

## CERTIFICATION OF NO OBJECTION

Bradley J. Halberstadt, being an attorney for Gateway One Lending & Finance, LLC, states that on February 22, 2017, a copy of the Notice of Motion and Motion for Relief from the Stay was electronically transmitted or mailed to:

| | |
|---|---|
| Kquona N Henning<br>P.O. Box 12073<br>Milwaukee, WI 53212 | Arnold F. Lueders, III<br>626 E Wisconsin Ave<br>14th Floor<br>Milwaukee, WI 53202 |
| Titania D. Whitten<br>Chapter 7 Trustee<br>3333 N. Mayfair Road<br>Suite 212<br>Wauwatosa, WI 53222 | United States Trustee<br>517 East Wisconsin Avenue,<br>Suite 430<br>Milwaukee, WI 53202 |

That pursuant to Local Rule 9014.1 the time for filing an objection has expired and no such objection has been served upon counsel for Movant, and therefore your affiant requests the relief sought in the proposed Order submitted herewith.

-------------------------------------------------------------------------------------------------------------------
And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: <u>March 14, 2017</u>        Signed: <u>/s/ Bradley J. Halberstadt</u>
-------------------------------------------------------------------------------------------------------------------

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

                                          Case No. 17-20130

Kquona N Henning,
          Debtor(s)                            Chapter 7 Case

## UNSWORN DECLARATION

Bradley J. Halberstadt, an agent of Stewart, Zlimen & Jungers, Ltd., being an attorney admitted to practice law in this court, with office address of 2277 Highway 36 West, Suite 100, Roseville, MN 55113, declares that on the date set forth below, I served the annexed **Certification of No Objection and Proposed Order Granting Motion for Relief from Stay** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at Roseville, Minnesota addressed to each of them as follows:

----------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Kquona N Henning<br>P.O. Box 12073<br>Milwaukee, WI 53212 | Arnold F. Lueders, III<br>626 E Wisconsin Ave<br>14th Floor<br>Milwaukee, WI 53202 |
| Titania D. Whitten<br>Chapter 7 Trustee<br>3333 N. Mayfair Road<br>Suite 212<br>Wauwatosa, WI 53222 | United States Trustee<br>517 East Wisconsin Avenue,<br>Suite 430<br>Milwaukee, WI 53202 |

----------------------------------------------------------------------------------------------------------------------
And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 14, 2017        Signed: /s/ Bradley J. Halberstadt

----------------------------------------------------------------------------------------------------------------------