UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Kquona N Henning,

Case No. 17-20130

Debtor(s)

Chapter 7

## ORDER MODIFYING STAY

This case is before the court on the motion of Gateway One Lending & Finance, LLC for relief from the automatic stay of 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1.     The automatic stay imposed by 11 U.S.C. §362(a) is modified such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

2008 Cadillac SRX, VIN: 1GYEE437780132072

2.     Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.


#####


Order Drafted By
Bradley J. Halberstadt, Attorney
Stewart, Zlimen & Jungers
2277 Highway 36 West, Suite 100
Roseville, MN  55113
Phone:  651-366-6380, Ext. 111
Fax:  651-366-6383
E-Mail:  brad@szjlaw.com